IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| PAT CRAIG JOHNSON as Personal Representative of the Estate of Marie Carr, ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 1:14cv142-MHT (WO) |
| FOOD GIANT SUPERMARKETS, INC., ) ) ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Food Giant Supermarkets, Inc.'s motion for summary judgment (doc. no. 31) is granted.

(2) Judgment is entered in favor of defendant Food Giant Supermarkets, Inc. and against plaintiff Pat Craig Johnson, as Personal Representative of the Estate of Marie Carr, with plaintiff Johnson taking nothing by his complaint.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Johnson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of June, 2015.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE